# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

EDITH MAE MAY,

       Plaintiff,

    v.                                 Case No. 13-CV-0361

STATE OF WISCONSIN,
WISCONSIN DEPARTMENT OF CORRECTIONS,
WARDEN SCHAUB,
TAYCHEEDAH CORRECTIONAL INSTITUTION,
HEALTH SERVICES UNIT,
DR. O'BRIEN,
NURSE PRACTITIONER PETRIE,
DR. STROBEL,
MR. WALSH, and
SGT. BERG,

       Defendants,

---

EDITH MAE MAY,

       Plaintiff,

    v.                                 Case No. 13-CV-0362

STATE OF WISCONSIN,
RACINE COUNTY SHERIFF DEPARTMENT,
RACINE COUNTY JAIL,
WISCONSIN DEPARTMENT OF CORRECTIONS, and
SHERONDA M. RUSSELL,

       Defendants,

---

## ORDER

On March 29, 2013, plaintiff filed two pro se complaints alleging that defendants

violated her rights under 42 U.S.C. § 1983.  She also filed motions for leave to proceed in

forma pauperis with both complaints.  In orders entered April 26, 2013, plaintiff was

directed to pay an initial partial filing fee of $5.67 for each case within 21 days.  Plaintiff

was advised that, upon payment of these fees, the court would determine whether each

action could proceed in forma pauperis.  To date, plaintiff has not paid either initial partial

filing fee.  From this failure to pay the initial partial filing fees, I infer that plaintiff no longer

wants to prosecute this action.

I also note that plaintiff filed two other cases in March 2013, Case Nos. 13-CV-0268

and 13-CV-0322.  On April 24, 2013, after the orders directing payment of initial partial

filing fees in those cases went out, the court received a note from plaintiff stating that she

needed to dismiss these cases because she did not have the money.  The note was

construed as a notice of voluntary dismissal, and the cases were closed.  The note did not

contain a caption or any case numbers.  Thus, it is possible that plaintiff intended it to apply

to all four of her pending cases, which further supports dismissal of the two cases still

pending before me.

Therefore,

**IT IS ORDERED** that these actions be and hereby are **DISMISSED WITHOUT
PREJUDICE** for failure to prosecute.

**IT IS ALSO ORDERED** that a copy of this order be sent to the warden of

Taycheedah Correctional Institution.

Dated at Milwaukee, Wisconsin, this 3rd day of June, 2013.

s/ Lynn Adelman

LYNN ADELMAN
District Judge

2