UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

EDITH MAE MAY,

    Plaintiff,

v.     Case No. 13-CV-0361

STATE OF WISCONSIN,
WISCONSIN DEPARTMENT OF CORRECTIONS,
WARDEN SCHAUB,
TAYCHEEDAH CORRECTIONAL INSTITUTION,
HEALTH SERVICES UNIT,
DR. O'BRIEN,
NURSE PRACTITIONER PETRIE,
DR. STROBEL,
MR. WALSH, and
SGT. BERG,

    Defendants,

---

EDITH MAE MAY,

    Plaintiff,

v.     Case No. 13-CV-0362

STATE OF WISCONSIN,
RACINE COUNTY SHERIFF DEPARTMENT,
RACINE COUNTY JAIL,
WISCONSIN DEPARTMENT OF CORRECTIONS, and
SHERONDA M. RUSSELL,

    Defendants,

## ORDER

On March 29, 2013, plaintiff filed two pro se complaints alleging that defendants violated her rights under 42 U.S.C. § 1983. She also filed motions for leave to proceed in

forma pauperis with both complaints. In orders entered April 26, 2013, plaintiff was directed to pay an initial partial filing fee of $5.67 for each case within 21 days. Plaintiff was advised that, upon payment of these fees, the court would determine whether each action could proceed in forma pauperis. To date, plaintiff has not paid either initial partial filing fee. From this failure to pay the initial partial filing fees, I infer that plaintiff no longer wants to prosecute this action.

I also note that plaintiff filed two other cases in March 2013, Case Nos. 13-CV-0268 and 13-CV-0322. On April 24, 2013, after the orders directing payment of initial partial filing fees in those cases went out, the court received a note from plaintiff stating that she needed to dismiss these cases because she did not have the money. The note was construed as a notice of voluntary dismissal, and the cases were closed. The note did not contain a caption or any case numbers. Thus, it is possible that plaintiff intended it to apply to all four of her pending cases, which further supports dismissal of the two cases still pending before me.

Therefore,

**IT IS ORDERED** that these actions be and hereby are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IT IS ALSO ORDERED** that a copy of this order be sent to the warden of Taycheedah Correctional Institution.

Dated at Milwaukee, Wisconsin, this 3rd day of June, 2013.

s/ Lynn Adelman

LYNN ADELMAN
District Judge